UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF THE LOCAL 295 IBT EMPLOYER GROUP PENSION FUND and THE LOCAL 295 IBT EMPLOYER GROUP PENSION FUND,

        Plaintiffs,

against

LIONE EXPRESS, INC., et al.,

        Defendants.

CIVIL ACTION NO.: 19 Civ. 7955 (KPF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court conducted a telephone conference today, December 17, 2019. The parties are directed to submit, via email at Cave_NYSDChambers@nysd.uscourts.gov, a list of dates and times on which the parties are available for a settlement conference. The parties should choose from the following dates, select all available dates and times, and rank their choices.

The Court is available on

1. Monday, January 27, 2020 at 2:00 pm;
2. Tuesday, January 28, 2020 at 2:00 pm;
3. Wednesday, February 5, 2020 at 2:00 pm; and
4. Thursday, February 6, 2020 at 10:00 am and 2:00 pm.

Dated:      New York, New York
            December 17, 2019

SO ORDERED

*[signature: Sarah L. Cave]*

**SARAH L. CAVE**
**United States Magistrate Judge**