UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF THE LOCAL 295 IBT EMPLOYER GROUP PENSION FUND and THE LOCAL 295 IBT EMPLOYER GROUP PENSION FUND,

        Plaintiffs,

against

LIONE EXPRESS, INC., et al.,

        Defendants.

CIVIL ACTION NO.: 19 Civ. 7955 (KPF) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

A Telephone Conference was held today, February 28, 2020 regarding the parties' settlement negotiations. The Settlement Conference will remain scheduled for Wednesday, March 11, 2020 at 10:00 am. Because of the parties' continued negotiations and the Court's recent settlement conference with them, the parties are not required to submit the documents required in paragraph 4 of the Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave by Thursday, March 5, 2020. The parties only need provide updated Attendance Acknowledgment Forms by **Monday, March 9, 2020**.

Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

Dated:    New York, New York
          February 28, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**